IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALEXANDRE KOROBOV,<br><br>Plaintiff,<br><br>v.<br><br>21ST CENTURY PACIFIC<br>INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:13-cv-00171-SLG<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based on the stipulation of the parties, and the court being fully advised in the premises,

IT IS HEREBY ORDERED that all of the claims asserted by plaintiff in this action against 21st Century Pacific Insurance Company are hereby dismissed in their entirety and with prejudice, each side bearing its own costs and attorney's fees.

Dated this 18th day of October, 2013.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE